(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Priss Prints, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>54-1389361 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>3436 N. Kennicott<br>Arlington Heights, IL 60004 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ■ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000- |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/18/2004
Time: 9:26:30
Debtor: PRISS PRINTS, INC
Case: 04-38555    Fee : 839
Chapter: 11   Rec. # : 3106578
Judge: Jack Schmetterer

1:04BK38555-BK001

(Official Form 1) (12/03)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Priss Prints, Inc.** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **See Exhibit A** | Case Number: **00-1665** | Date Filed: **4/11/00** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Exhibit A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _*signature*_
Signature of Attorney for Debtor(s)
**Steven B. Towbin (#2848546)**
Printed Name of Attorney for Debtor(s)
**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**
Firm Name
**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60610**
Address
**312-541-0151  Fax: 312-980-3888**
Telephone Number
**10/18/04**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _*signature*_
Signature of Authorized Individual
**B.B. Tuley**
Printed Name of Authorized Individual
**President and CEO**
Title of Authorized Individual
**10/18/04**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

EXHIBIT A

On or about October 18, 2004, Hedstrom Corporation, Ero, Inc., Ero Industries, Inc., Ero Marketing, Inc., Ero Canada, Inc., and Priss Prints Inc. filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. Additionally, on April 11, 2000, Hedstrom Holdings, Inc. ("*Hedstrom Holdings*"), Hedstrom Corporation ("*Hedstrom Corp.*"), ERO, Inc. ("*ERO*"), ERO Industries, Inc. ("*ERO Industries*"), ERO Marketing, Inc. ("*ERO Marketing*"), Priss Prints, Inc. ("*Priss Prints*"), Impact, Inc. ("*Impact*"), ERO Canada, Inc. ("*ERO Canada*"), and AMAV Industries, Inc. ("*AMAV US*") (collectively, the "*Debtors*") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case No. 00-1665 and are pending before the Honorable John L. Peterson.

{A0074414.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HEDSTROM CORPORATION, *et al.*, | ) | Case No. 04-_____ |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. _____ |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

Hedstrom Corporation and certain of its affiliates (the "Hedstrom Companies"),[1] each filed a petition in this Court on October 12, 2004 for relief under chapter 11 of the Bankruptcy Code. The following is a consolidated list of the Hedstrom Companies' creditors holding the thirty (30) largest unsecured claims (the "Creditors List") based on the Hedstrom Companies books and records as of October 7, 2004. The Creditors List was prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing chapter 11 cases. The Creditors List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency qualifies the creditor among the holders of the thirty (30) largest unsecured claims. The information in the Creditors List shall not constitute an admission by, nor is it binding on, the Hedstrom Companies. The information herein, including the failure of the Hedstrom Companies to list any claim as contingent, unliquidated or unknown, does not constitute a waiver of the Hedstrom Companies' right to contest the validity, priority and/or amount of any claim.

---

[1] The Hedstrom Companies are: Hedstrom Corporation; Ero, Inc.; Ero Industries, Inc.; Ero Canada, Inc.; and Priss Prints Inc.

{A0074664.DOC 5}

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3)<br>NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4)<br>INDICATE IF CLAIM IS CONTINGENT, UNLIQUI-DATED, DISPUTED OR SUBJECT TO SETOFF | (5)<br>AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| CREDIT SUISSE FIRST BOSTON<br>ACCOUNTING DEPT.<br>ATTN: S. VISKOVIC<br>11 MADISON AVE., 9TH FL.<br>NEW YORK, NY 10010 | ACCOUNTING DEPT.<br>ATTN: S. VISKOVIC<br>PHONE: 212-538-9860<br>FAX: 212-538-9884<br>CREDIT SUISSE FIRST BOSTON<br>11 MADISON AVE., 9TH FL.<br>NEW YORK, NY 10010 | LOAN | | $113,000,000.00*<br>(ESTIMATED)<br>*SECURED CLAIM, VALUE OF SECURITY UNKNOWN |
| JIA CHAO INTERNATIONAL CO.,LTD<br>ATTN: TOM HUGAR<br>NO 75 CHANGH-HSING ST<br>CHANGHUA, TAIWAN 500<br>R.O.C. | TOM HUGAR<br>PHONE: 886-4-711-3415<br>FAX: 886-4-712-3914<br>JIA CHAO INTERNATIONAL CO., LTD<br>NO 75 CHANGH-HSING ST<br>CHANGHUA, TAIWAN 500<br>R.O.C. | TRADE | | $952,506.70<br>(HEDSTROM CORP.) |
| DISNEY ENTERPRISE, INC.<br>500 S. BUENA VISTA ST.<br>LOS ANGELES, CA 91521-6835 | DEANNE ABRAHAM AND JAVIER ANDRADE - MARIN<br>PHONE: 818-567-5815<br>FAX: 818-567-4176<br>DISNEY ENTERPRISE, INC.<br>500 S. BUENA VISTA ST.<br>LOS ANGELES, CA 91521-6835 | LICENSING ROYALTIES | | $752,078.99<br>(HEDSTROM CORP.) |
| MACSTEEL SERVICE CENTERS USA<br>ATTN: PHYLLIS WARD<br>555 STATE RD.<br>BENSALEM, PA 19020 | PHYLLIS WARD<br>PHONE: 800-562-6777<br>FAX: 215-245-3373<br>MACSTEEL SERVICE CENTERS USA<br>555 STATE RD.<br>BENSALEM, PA 19020 | TRADE | | $647,694.75<br>(HEDSTROM CORP.) |
| P3 INTERNATIONAL LIMITED<br>ATTN: BILL GORDON<br>33 CANTON RD STE1809B,TOWER 1<br>TSIMSHATSUI<br>KOWLOON, HONG KONG<br>CHINA | BILL GORDON<br>PHONE: 852.2735.8844<br>FAX: 852.2735.7744<br>P3 INTERNATIONAL LIMITED<br>33 CANTON RD STE1809B,TOWER 1<br>TSIMSHATSUI<br>KOWLOON, HONG KONG<br>CHINA | TRADE | | $592,718.84<br>(ERO INDUSTRIES, INC.) |
| SILVERPLAY (H.K.) LTD.<br>886227121970<br>6F NO. 45 LANE 76<br>RUEI GUANG RD. 114 NEIHU<br>TAIPEI, TAIWAN R.O. C. | PHONE: 8862-27121970<br>FAX: 8862-87923448<br>SILVERPLAY (H.K.) LTD.<br>6F NO. 45 LANE 76<br>RUEI GUANG RD. 114 NEIHU<br>TAIPEI, TAIWAN R.O.C. | TRADE | | $331,941.12<br>(HEDSTROM CORP.) |
| SILVERPLAY (H.K.) LTD.<br>KOWLOON PLAZA, RM 1910<br>NO.485 CASTLE PEAK RD<br>KOWLOON, HONG KONG<br>CHINA | PHONE: 886-2-8792-3421<br>FAX: 852-2745-9439<br>SILVERPLAY (H.K.) LTD.<br>KOWLOON PLAZA, RM 1910<br>NO.485 CASTLE PEAK RD<br>KOWLOON, HONG KONG<br>CHINA | TRADE | | $140,833.50<br>(ERO INDUSTRIES, INC.) |
| SIVACO INC<br>ATTN: BETTY<br>800 RUE OUELLETTE<br>MARIEVILLE, QUEBEC J3M 1P5<br>CANADA | BETTY<br>PHONE: 800-876-9473<br>FAX: 514-460-2744<br>SIVACO INC<br>800 RUE OUELLETTE<br>MARIEVILLE, QUEBEC J3M 1P5<br>CANADA | TRADE | | $426,349.06<br>(HEDSTROM CORP.) |
| TRI-STATE FAR EAST CORP<br>16/F TAL BUILDING<br>49 AUSTIN RD<br>KOWLOON, HONG KONG. | PHONE: 852-735-4302<br>FAX: 852-273-7300<br>TRI-STATE FAR EAST CORP<br>16/F TAL BUILDING | TRADE | | $391,441.37<br>(HEDSTROM CORP.) |

{A0074664.DOC 5}

2

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3)<br>NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4)<br>INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5)<br>AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| | 49 AUSTIN RD<br>KOWLOON, HONG KONG. | | | |
| TEN CATE NICOLON<br>365 SOUTH HOLLAND DR.<br>PENDERGRASS, GA 30567 | PHONE: 800-722-9267<br>FAX: 770-446-0696<br>TEN CATE NICOLON<br>365 SOUTH HOLLAND DR.<br>PENDERGRASS, GA 30567 | TRADE | | $362,326.20<br>(HEDSTROM CORP.) |
| HIGHMARK BLUE SHIELD<br>ATTN: JENNY WALTER<br>120 FIFTH AVE., SUITE 1033<br>PITTSBURGH, PA 15222-3099 | PHONE: 412-544-7172<br>FAX: 412-544-4625<br>HIGHMARK BLUE SHIELD<br>120 FIFTH AVE., SUITE 1033<br>PITTSBURGH, PA 15222-3099 | INSURANCE | | $308,654.14<br>(HEDSTROM CORP.) |
| MICHAEL J. JOHNSTON<br>516 S. BEVERLY LN.<br>ARLINGTON HEIGHTS, IL 60005 | PHONE: 847-947-1514<br>FAX:<br>MICHAEL J. JOHNSTON<br>516 S. BEVERLY LN.<br>ARLINGTON HEIGHTS, IL 60005 | SEPARATION AGREEMENT | | $266,218.46<br>(HEDSTROM CORP.) |
| GRI 4/F CENTRE<br>10 GRANVILLE RD.<br>TSIMSHATSUI, KOWLOON<br>HONG KONG | PHONE: 011-852-2723-4243<br>FAX: 011-852-2723-7016<br>GRI 4/F GRANDMARK CENTRE<br>10 GRANVILLE RD.<br>TSIMSHATSUI, KOWLOON<br>HONG K0NG | TRADE | | $263,412.16<br>(HEDSTROM CORP.) |
| SPIDER-MAN MERCHANDISING L.P.<br>10202 W. WASHINGTON BLVD<br>JIMMY STEWART BLD.<br>THIRD FLR<br>CULVER CITY, CA 90232 | MARK CAPLAN<br>PHONE: 310-244-7788<br>FAX: 310-244-5563<br>SPIDER-MAN MERCHANDISING L.P.<br>10202 W. WASHINGTON BLVD<br>JIMMY STEWART BLD - THIRD FLR<br>CULVER CITY, CA 90232 | LICENSING ROYALTIES | | $249,095.54<br>(HEDSTROM CORP.) |
| PACKAGING SPECIALISTS INC.<br>1728 RT 30 WEST<br>CLINTON, PA 15026 | PHONE: 724-899-4200<br>FAX: 724-899-3298<br>PACKAGING SPECIALISTS INC.<br>1728 RT 30 WEST<br>CLINTON, PA 15026 | TRADE | | $239,112.44<br>(HEDSTROM CORP.) |
| OLYMPIC STEEL INC<br>ATTN: DICK KEMFEILD<br>ONE EASTERN STEEL RD.<br>MILFORD, CT 06460 | DICK KEMFEILD<br>PHONE: 203-878-9381<br>FAX: 203-877-9819<br>OLYMPIC STEEL INC<br>ONE EASTERN STEEL RD.<br>MILFORD, CT 06460 | TRADE | | $238,364.46<br>(HEDSTROM CORP.) |
| INDUSTRIAL STEEL & FASTENER<br>ATTN: JAY D GELMAN<br>167 OLD BELMONT AVE.<br>BALA CYNWYD, PA 19004-0404 | JAY D GELMAN<br>PHONE: 610-667-2220<br>FAX: 610-667-7947<br>INDUSTRIAL STEEL & FASTENER<br>167 OLD BELMONT AVE.<br>BALA CYNWYD, PA 19004-0404 | TRADE | | $233,906.71<br>(HEDSTROM CORP.) |
| GLEN RAVEN KNIT FABRICS<br>ATTN: JOE WUNSCH<br>1301 CRADDOCK WAY<br>MACON, GA 31210 | JOE WUNSCH<br>PHONE: 336-227-6211<br>FAX: 336-226-8454<br>GLEN RAVEN KNIT FABRICS<br>1301 CRADDOCK WAY<br>MACON, GA 31210 | TRADE | | $226,113.53<br>(ERO INDUSTRIES, INC.) |
| FREDERIC CONTINO<br>12109 GRANDVIEW TERR.<br>APPLE VALLEY, MN 55124 | FREDERIC CONTINO<br>PHONE: 952-454-7897<br>FAX: 952-454-7899<br>12109 GRANDVIEW TERR.<br>APPLE VALLEY, MN 55124 | SEPARATION AGREEMENT | | $206,089.75<br>(ERO INDUSTRIES, INC.) |

{A0074664.DOC 5}

3

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUI- DATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| GRAPHCOM INC. ATTN: CHRIS FISK 2300 DEFOOR HILLS RD ATLANTA, GA 30318 | CHRIS FISK PHONE: 404-355-3415 FAX: 404-355-3458 GRAPHCOM INC. 2300 DEFOOR HILLS RD ATLANTA, GA 30318 | TRADE | | $192,487.49 (PRISS PRINTS, INC.) |
| TITAN STEEL CORPORATION 2500-B BROENING HWY. BALTIMORE, MD 21224 | PHONE: 410-631-5200 FAX: 410-631-9141 TITAN STEEL CORPORATION 2500-B BROENING HWY. BALTIMORE, MD 21224 | TRADE | | $190,139.48 (HEDSTROM CORP.) |
| R.B. INDUSTRIES, INC. 6366 GROSS POINT RD. NILES, IL 60714-3916 | PHONE: 847-647-5900 FAX: 847-647-2323 R.B. INDUSTRIES, INC. 6366 GROSS POINT RD. NILES, IL 60714-3916 | TRADE | | $187,710.88 (HEDSTROM CORP.) |
| MPI LABEL SYSTEMS ATTN: MELANIE DUVALL 450 COURTNEY SEBRING, OH 44672 | MELANIE DUVALL PHONE: 1-800-837-2134 FAX: 330-938-9878 MPI LABEL SYSTEMS 450 COURTNEY SEBRING, OH 44672 | TRADE | | $181,168.00 (PRISS PRINTS, INC.) |
| FEDEX GROUND, INC. 1000 FEDEX DR. MOON TWP, PA 15108 | PHONE: 1-800-762-3725 FAX: 1-800-548-3020 FEDEX GROUND, INC. 1000 FEDEX DR. MOON TWP, PA 15108 | TRADE | | $178,968.71 (HEDSTROM CORP.) |
| CESARI & MCKENNA ATTORNEYS AT LAW 88 BLACK FALCON AVENUE BOSTON, MA 02210-2414 | PHONE: 617-951-2500 FAX: 617-951-3927 CESARI & MCKENNA ATTORNEYS AT LAW 88 BLACK FALCON AVENUE BOSTON, MA 02210-2414 | LEGAL SERVICES | | $176,367.11 (HEDSTROM CORP.) |
| INDUSTRIAL THERMO POLYMERS LTD FAX 905-846-0363 153 VAN KIRK DR BRAMPTON, ONTARIO L7A 1A4 CANADA | PHONE: 800-387-3847 FAX: 905-846-0363 INDUSTRIAL THERMO POLYMERS LTD 153 VAN KIRK DR BRAMPTON, ONTARIO L7A 1A4 CANADA | TRADE | | $175,990.88 (HEDSTROM CORP.) |
| INNOVATIVE TOYS (SUZHOU)CO. LTD 6TH FLOOR, 1146 WEST YAN'AN RD NEW XIAN FENG BUILDING SHANGHAI 200052, CHINA | PHONE: 86 21-5238-5666 FAX: 86 21-5238-6756 INNOVATIVE TOYS (SUZHOU)CO. LTD 6TH FLOOR, 1146 WEST YAN'AN RD NEW XIAN FENG BUILDING SHANGHAI 200052, CHINA | TRADE | | $160,955.81 (HEDSTROM CORP.) |
| KENNETH J. GIACOMINO 1530 ASCOT PL. ADDISON, IL 60101 | PHONE: 630-773-2401 FAX: KENNETH J. GIACOMINO 1530 ASCOT PL. ADDISON, IL 60101 | SEPARATION AGREEMENT | | $148,846.15 (HEDSTROM CORP.) |
| EQUISTAR CHEMICALS, LP ATTN: APRIL WILKIN 2718 COLLECTION CENTER DR CHICAGO, IL 60693-0027 | APRIL WILKIN PHONE: 888-777-0232 FAX: 713-309-2347 EQUISTAR CHEMICALS, LP 2718 COLLECTION CENTER DR CHICAGO, IL 60693-0027 | TRADE | | $147,334.10 (HEDSTROM CORP.) |

{A0074664.DOC 5}

4

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUI-DATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| KOGEE INDUSTRY CO., LTD. 18 SHIHUA RD. TAICHENG TAISHAN CITY, GUANGDONG CHINA | PHONE: 86-750-5525811 FAX: 86-750-5524102 KOGEE INDUSTRY CO., LTD. 18 SHIHUA RD. TAICHENG TAISHAN CITY, GUANGDONG CHINA | TRADE | | $128,820.00 (HEDSTROM CORP.) |
| BRADY COMMUNICATIONS 16TH FLOOR, 4 GATEWAY CTR. PITTSBURGH, PA 15222-1012 | JOHN BRADY PHONE: 412-288-9300 FAX: 412-281-8794 BRADY COMMUNICATIONS 16TH FLOOR, 4 GATEWAY CTR. PITTSBURGH, PA 15222-1012 | TRADE | | $125,366.12 (ERO INDUSTRIES, INC.) |

I, the President and Chief Executive Officer of each of the Hedstrom Companies, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have read the foregoing list and that it is true and correct as of the date listed, to the best of my information and belief.

Dated: 10/18/04              Signature: _____
                                       B. B. Tuley
                                       President and CEO

{A0074664.DOC 4}

5

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PRISS PRINTS, INC., | ) | Case No. |
| | ) | |
| Debtor. | ) | Hon. |

### VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the list of creditors is true and correct to the best of its knowledge.

Dated: October 18, 2004

_____
B.B. Tuley, President and CEO

{A0074881.DOC}

CONGRESS FINANCIAL CORP.
150 S WACKER DRIVE
SUITE 2200
CHICAGO, IL   60606-4202

CREDIT SUISSE FIRST BOSTON
ACCTING DEPT. ATTN:S. VISKOVIC
11 MADISON AVE. - 9TH FLOOR
NEW YORK, NY   10010

HEDSTROM CORPORATION
C/O HEDSTROM CORPORATION
3436 N. KENNICOTT AVE
ARLINGTON HEIGHTS, IL   60004

ERO INCORPORATED
C/O HEDSTROM CORPORATION
3436 N. KENNICOTT AVE
ARLINGTON HEIGHTS, IL   60005

ERO INDUSTRIES, INC
C/O HEDSTROM CORPORATION
3436 N. KENNICOTT AVE
ARLINGTON HEIGHTS, IL   60006

ERO CANADA, INC
C/O HEDSTROM CORPORATION
3436 N. KENNICOTT AVE
ARLINGTON HEIGHTS, IL   60008

BACKYARD PRODUCTS LIMITED
C/O HEDSTROM CORPORATION
3436 N. KENNICOTT AVE
ARLINGTON HEIGHTS, IL   60009

ADVERTISER PRINTERS, INC.
320 CLAY STREET
DAYTON, KY   41074-1256

ALLOYD COMPANY, INC.
1401 PLEASANT STREET
DEKALB, IL   60115

ART IMPRESSIONS INC
9035-A ETON AVENUE
CANOGA PARK, CA   91304-1616

BINNEY & SMITH PROPERTIES, INC
2035 EDGEWOOD AVENUE
EASTON, PA   18043-3150

DIC ENTERTAINMENT
4100 WEST ALAMEDA AVE
BURBANK, CA   91505

DISNEY ENTERPRISE, INC.
500 S. BURNA VISTA

{A0074701.TXT}

```
BURBANK, CA   91521

DISNEY ENTERPRISE, INC.
10000 W. TEMPLE
% BK OF AMERICA-FILES 55988
LOS ANGELES, CA   90012

DISNEY ENTERPRISES, INC.
10000 W. TEMPLE
% BK OF AMERICA-GROUND LEVEL
LOS ANGELES, CA   90012

DISNEY ENTERPRISES
500 SOUTH BUENA VISTA STREET
BURBANK, CA   91521

DOT PACKAGING
CLARKE DIVISION
BATAVIA, IL   60510

EXPRESS PACKAGING
HWY. 67, P.O. BOX 1333
PEMBROKE, GA   31321

FASTENERS FOR RETAIL, INC.
28900 FOUNTAIN PKWY.
CLEVELAND, OH   44139

FED EX
P.O. BOX 94515
PALATINE, IL   60094-4515

FULTON PAPER COMPANY
1020 PECAN GROVE DRIVE
ALBANY, GA   31707

GARY CAPLAN INC
4400 COLDWATER CANYON AVENUE
STUDIO CITY, CA   91604

GBS DOCUMENT SOLUTIONS
3575 FOREST LAKE DRIVE
UNIONTOWN, OH   44685

GRAPHCOM INC.
2300 DEFOOR HILLS RD
ATLANTA, GA   30318

ILLUSTRATED WORD
ATTN:  KENNETH WILCOX
197 WOODLAND PARKWAY - #104-476
SAN MARCOS, CA   92069

JAVILYN SALES
SUITE 8
LAGRANGE, IL   60525
```

{A0074701.TXT}

MARCO-GRUEN
6201 W. HOWARD STREET
NILES, IL   60714

MATTEL, INC.
ATTN: TOM HARRINGTON
EL SEGUNDO, CA   90245-5012

MPI LABEL SYSTEMS
P.O.BOX 70
450 COURTNEY ROAD
SEBRING, OH   44672

NASCAR   ATTN TOM BLEDSOE
1801 W. INTERNATIONAL SPEEDWAY
DAYTONA BEACH, FL   32120-2875

NASCAR, INC
1801 WEST INTERNATIONAL
DAYTONA BEACH, FL   32120-2875

PACKAGING CORPORATION OF
AMERICA
659 EASTPORT ROAD
JACKSONVILLE, FL   32218

POLPRESS, INC
4760 NORTH MILWAUKEE AVENUE
CHICAGO, IL   60630

QUIKSTAFF, INC.
ATTN:   DENISE WASDIN
22 LATIMER STREET
HAZELHURST, GA   31539

SPARTAN GRAPHICS
200 APPLEWOOD DR.
SPARTA, MI   49345-0218

SPIDER-MAN MERCHANDISING L.P.
10202 W. WASHINGTON BLVD
CULVER CITY, CA   90232

TRANSPARENT CONTAINER
345 N. WESTERN AVE.
CHICAGO, IL   60612

UNITED MEDIA
ATTN:   VICKIE JONES
200 MADISON AVENUE
NEW YORK,, NY   10016

UNITED PARCEL SERVICE 3E5884
P.O. BOX 7247-0244
PHILADELPHIA, PA   19170-0001

UNIVERSAL STUDIOS LIC CONTRA-B

{A0074701.TXT}

100 UNIVERSAL CITY PLZ
BLDG 1440/15
UNIVERSAL CITY, CA   91608

WARNER BROS. CONSUMER PRODUCTS
21477 NETWORK PLACE
CHICAGO, IL   60673-1214

{A0074701.TXT}